### 10006. TOLLIVER v. THE STATE.

BROYLES, P. J.   1. There is no material error in any of the excerpts from the charge of the court, excepted to, when considered in connection with the entire charge.

2. The verdict was authorized by the evidence, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Bloodworth, J., concurs. Stephens, J., not presiding.*
DECIDED DECEMBER 3, 1918.

Indictment for burglary; from Bibb superior court—Judge Mathews.   July 15, 1918.

*John R. Cooper,* for plaintiff in error.

*John P. Ross, solicitor-general,* contra.

---

### 10007. TOLLIVER v. THE STATE.

BROYLES, P. J.   1. There is no material error in the excerpt from the charge of the court, excepted to, when it is considered in the light of the charge as a whole.

2. The verdict was amply authorized by the evidence, and the court did not err in refusing to grant a new trial.

*Judgment affirmed. Bloodworth, J., concurs. Stephens, J., not presiding.*
DECIDED DECEMBER 3, 1918.

Indictment for breaking and entering railroad-car; from Bibb superior court—Judge Mathews.   July 15, 1918.

*John R. Cooper,* for plaintiff in error.

*John P. Ross, solicitor-general,* contra.